THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASEAN BONIE, Defendant. DINA SFORZA, a Representative of News 12 the Bronx, L.L.C., Nonparty Appellant.

Submitted July 25, 2016; decided September 20, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that the issues presented have become moot. Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion to vacate stay denied.